1  C. Brooks Cutter, SBN 121407
   CUTTER LAW P.C.
2  401 Watt Avenue
   Sacramento, CA 95864
3  Telephone:  916.290.9400
   Facsimile:  916.588.9330
4  Email: bcutter@cutterlaw.com

5  Attorneys for PLAINTIFF

6  Amir Nassihi, SBN 235936
   G. Gregg Webb SBN 298787
7  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
8  San Francisco, CA 94104-4505
   Telephone:  415.544.1900
9  Facsimile:  415.391.0281
   Email: anassihi@shb.com

10
   Attorneys for Defendant
11 SANOFI-
   AVENTIS U.S.
12 LLC

13
   Erin M. Bosman, SBN 204987
14 Julie Y. Park, SBN 259929
   MORRISON & FOERSTER LLP
15 12531 High Bluff Drive
   San Diego, California  92130-2040
16 Telephone:  858.720.5100
   Facsimile:   858.720.5125
17 Email: EBosman@mofo.com
   Email: JuliePark@mofo.com
18
   Attorneys for Defendant
19 MCKESSON CORPORATION

20

**UNITED STATES DISTRICT COURT**

21

**NORTHERN DISTRICT OF CALIFORNIA**

22

| | |
|---|---|
| CANDYSE JENKINS, individually,<br><br>            Plaintiff,<br><br>     v.<br><br>SANOFI S.A.; AVENTIS PHARMA S.A.; SANOFI-AVENTIS U.S. LLC; MCKESSON CORPORATION, and DOES 1 through 30, inclusive,<br><br>            Defendants. | Case No.: 4:16-cv-07306-HSG<br><br>**STIPULATION TO VACATE OR CONTINUE EARLY CASE DEADLINES PENDING MDL TRANSFER DECISION; DECLARATION OF G. GREGG WEBB; AND ORDER** |

1   Pursuant to Civil L.R. 6-2, Plaintiff Candyse Jenkins and Defendants Sanofi-Aventis U.S. LLC[1] and McKesson Corporation (collectively, "the Parties") hereby stipulate and request that the Court take off calendar or continue the Initial Case Management Conference currently scheduled for March 28, 2017 at 2:00 p.m., as well as the attendant deadline for filing a Joint CMC Statement, currently March 21, 2017, and the ADR telephone conference with the Court's ADR Staff also set for March 21, 2017, pending the decision by the Judicial Panel on Multidistrict Litigation ("JPML") on whether this case should be transferred to the existing MDL proceeding *In re Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, established in the United States District Court for the Eastern District of Louisiana before the Honorable Kurt D. Engelhardt.

As set forth in the accompanying Declaration of G. Gregg Webb, good cause exists to take the Initial Case Management Conference, CMC Statement deadline, and ADR telephone conference off calendar or, alternatively, to continue them, pending a decision on transfer of this case to the MDL. On December 22, 2016, Defendant Sanofi-Aventis U.S. LLC removed this case to this Court from Alameda County Superior Court. On January 3, 2017, the JPML conditionally transferred this action to the MDL. On December 29, 2017, Plaintiff filed a motion to remand this case to state court (Dkt. No. 10), and on the same date, Defendant Sanofi-Aventis U.S. LLC filed a motion to stay all proceedings in this case pending a decision on transfer of this case to the MDL. (Dkt. No. 12.) On January 24, 2017, Plaintiff filed a motion to vacate the conditional transfer order. A hearing before the JPML on the transfer of this case to the MDL is currently set for March 30, 2017, and a decision from the JPML is expected on that date or soon thereafter.

On March 15, 2017, this Court vacated the hearing on (i) Defendant's motion to stay and (ii) Plaintiff's motion to remand, which had been set for March 17, 2017, instructing that the Court "will notify the Parties of any new hearing date after the motion to transfer has been resolved." *See* Order (Dkt. No. 36).

---

[1] Defendants contend that Sanofi S.A. and Aventis Pharma S.A. have not been properly served in this case. By filing this Stipulation, Defendants expressly do not waive any claims or defenses, including without limitation defenses based on this Court's lack of personal jurisdiction and improper service.

Currently, an initial CMC is scheduled before the Court on December 28, 2017, at 2:00 p.m., and the current deadline for the Parties to file a Joint CMC Statement is March 21, 2017—***both prior to the hearing before the JPML on transferring the case to the MDL***.  In addition, an ADR telephone conference with the Court's ADR Staff also is scheduled for March 21, 2017, at 2:00 p.m.

The Parties believe that taking these deadlines off calendar or continuing them pending the outcome of the March 30 hearing before the JPML on the MDL transfer issue will prevent potentially unnecessary proceedings before this Court and its ADR Staff and will conserve both this Court and the Parties' time and resources.  In addition, granting this request will have no adverse effect on future proceedings in this case.

There have been no prior time modifications in this case.

Dated:  March 17, 2017                              CUTTER LAW P.C.


                                                    By:     */s/ C. Brooks Cutter*_____
                                                            C. Brooks Cutter


                                                    Attorneys for Plaintiffs


Dated:  March 17, 2017                              SHOOK, HARDY & BACON L.L.P.


                                                    By:     */s/ G. Gregg Webb*_____
                                                            G.GREGG WEBB


                                                    Attorneys for Defendant
                                                    SANOFI-AVENTIS U.S. LLC

Dated:  March 17, 2017                              MORRISON & FOERSTER LLP


                                                    By:     */s/ Julie Y. Park*_____
                                                            Erin M. Bosman
                                                            Julie Y. Park

                                                    Attorneys for Defendant
                                                    MCKESSON CORPORATION

3

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The March 28, 2017 case management conference and all related dates, and the March 21, 2017 ADR conference are vacated.

DATED: March 20, 2017

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE